

Timothy J. Abeel, Jr.

25 Regency Plaza.  
Glen Mills, PA 19342

tel: 888.830.1474  
tim@timothyabeel.com

www.timothyabeel.com

March 10, 2020

Via Email to mf_orders@njd.uscourts.gov

The Honorable Mark Falk  
U.S.D.C.- New Jersey  
U.S. Post Office and Courthouse  
1 Federal Square, Fourth Floor  
Newark, NJ 07102

    **RE:**   **Belani v. Tesla, Inc.**  
           **Docket No. 2:19-cv-18151-MF**

Dear Judge Falk:

    Please be advised that this office represents the Plaintiff, Deepak Belani, in the above matter. An in-person settlement conference is scheduled before Your Honor on Friday, March 13, 2020 at 10:00 a.m.

    Please accept this letter as Plaintiff's request to have the case dismissed with prejudice to allow the Plaintiff to proceed through AAA Arbitration as required in Telsa's sales agreement. We filed the preliminary documents and the case was accepted yesterday by the AAA.

    Thank you for your courtesy and cooperation in this matter.

                            Respectfully submitted,

                            *Timothy J. Abeel, Jr.*

                            Timothy J. Abeel, Jr.

TJA/gpk

cc:     Michael Wozny, Esquire ( Via Email)